UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ARSEN GRIGORYAN,<br><br>Defendant. | Case No. 2:15-cr-00291-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 62)<br>(Subst Atty – ECF No. 63) |
|---|---|

This matter is before the court on the Substitutions of Attorney (ECF Nos. 62, 63). John E. Bergendahl and Richard C. Klugh seek leave to be substituted in the place of Ross C. Goodman for defendant Arsen Grigoryan. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitutions of Attorney (ECF Nos. 62, 63) are **GRANTED**.
2. John E. Bergendahl and Richard C. Klugh are substituted in the place of Ross C. Goodman for defendant Arsen Grigoryan, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 6th day of April, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE